## BROWN *v.* SHIRLEY HILL COAL COMPANY.

[No. 21,404.  Filed November 3, 1909.]

APPEAL.—*Jurisdiction.—Damages.*—Jurisdiction of an appeal, in an action for damages for personal injuries wherein defendant obtained a judgment upon demurrer, is in the Appellate Court.

From Sullivan Circuit Court; *Charles E. Henderson,* Judge.

Action by Thomas Brown against the Shirley Hill Coal Company.  From a judgment for defendant, plaintiff appeals.  *Transferred to Appellate Court.*  (For final decision, see —, Ind. App. —.)

*George W. Buff* and *W. P. Stratton,* for appellant.
*John T. Hays* and *Will H. Hays,* for appellee.

MONKS, J.—Appellant brought this action to recover damages for a personal injury, and demanded judgment for $10,000.  A demurrer for want of facts was sustained to the complaint, and final judgment was rendered against the appellant for costs.

Upon the authority of *Cronin* v. *Zimmerman* (1907), 169 Ind. 75, we hold that jurisdiction of this appeal is in the Appellate Court.  This appeal is therefore transferred to the Appellate Court.